IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CARLOS IVÁN VELÁZQUEZ DE JESÚS, et al.,**

    **Plaintiffs,**

    **v.**

**BANCO POPULAR DE PUERTO RICO, et al.,**

    **Defendants.**

**Civil No. 07-1393 (ADC)**

## ORDER

Plaintiffs, Carlos Iván Velázquez-De-Jesús, Glorily Barroso-Muñoz, Gian Carlos Velázquez-Barroso, Gloriana Velázquez-Barroso, Ubaldo Velázquez-Rivera ("plaintiffs"), filed a complaint seeking money damages for violations of civil rights under the Constitution and laws of the United States pursuant to 42 U.S.C. § 1983 as well as state law tort claims. **Docket No. 3**. While the original complaint was filed against Banco Popular de Puerto Rico, Angelo Vidot, Sergeant Leslie Zeno-Santiago, Sergeant Torres, Officer Ramos and two other Doe defendants, only Leslie Zeno-Santiago ("defendant") remains. **Docket Nos. 22, 42, 43, 49, 98.**

On August 7, 2009, defendant filed a motion for summary judgment. **Docket No. 92.** On September 3, 2009, defendant filed certified translations of exhibits submitted in Spanish. **Docket No. 103**.

Pending before the court is the Magistrate-Judge's unopposed Report and Recommendation ("R & R"), issued on September 8, 2009, which recommended granting defendant's motion for summary judgment thereby dismissing the case in its entirety ("summary judgment R & R"). **Docket No. 105.** After reviewing the summary judgment R & R, the court adopts the same, in full, and grants defendant's motion for summary judgment.

**I.**    **Standard of Review**

A district court may refer pending motions to a magistrate-judge for a report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); Loc. Cv. R. 72(a). Any party adversely affected by the recommendation issued may file written objections within ten

(10) days of being served with the report and recommendation. *See* 28 U.S.C. § 636(b)(1). A party that files a timely objection is entitled to a *de novo* determination of "those portions of the report or specified proposed findings or recommendations to which specific objection is made." *Sylva v. Culebra Dive Shop*, 389 F. Supp. 2d 189, 191-92 (D.P.R. 2005) (citing *United States v. Raddatz*, 447 U.S. 667, 673 (1980)).

"Absent objection, ... [a] district court ha[s] a right to assume that [the affected party] agree[s] to the magistrate's recommendation." *López- Mulero v. Vélez-Colón,* 490 F. Supp. 2d 214, 217 -218 (D.P.R. 2007) *(*citing *Templeman v. Chris Craft Corp.,* 770 F.2d 245, 247 (1st Cir. 1985), *cert. denied,* 474 U.S. 1021 (1985). Moreover, in conducting its review of an unopposed R & R, the court "needs only [to] satisfy itself by ascertaining that there is no ' plain error' on the face of the record." *López-Mulero,* 490 F. Supp. 2d at 218.

## II.    Conclusion

After careful consideration of the unopposed summary judgment the R & R and the record, the court hereby **ADOPTS** the R & R in full.[1] **Docket No. 105**. Accordingly, defendant's motion for summary judgment (**Docket No. 92**) is **GRANTED** and the present case is **DISMISSED WITH PREJUDICE.**

Accordingly, defendant's "Motion Requesting Report and Recommendation Entered at Docket No. 105 be Granted as Unopposed" at **Docket No. 108** is **GRANTED**.

The Clerk of Court will proceed to enter judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 19th day of October, 2009.


                                                            **S/AIDA M. DELGADO-COLÓN**
                                                            **United States District Judge**

---

[1] Also before this court is the unopposed Report and Recommendation granting the Motion to Dismiss/Lack of Prosecution Pursuant to Fed. R. Civ. P. 41(b) and Failure to Comply with Discovery Pursuant to Fed. Civ. P. 37(b)(2)(c) as to Leslie Zeno-Santiago ("motion to dismiss R&R"). **Docket No. 106**. After careful consideration of the R&R, the court hereby also adopts the same in full.